IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| EDWARD TYRONE RIDLEY, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-104(LAG) |
| | * |
| TINA FONDREN GIELOU, et al, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of August, 2022.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk